**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYMEDICALRECORDS, INC., <br><br>  Plaintiff, <br> v. <br> WEBMD HEALTH CORP. and WEBMD HEALTH SERVS. GRP., INC., <br><br>  Defendants. | Case No. 2:13-cv-07285-ODW(ASx) <br><br> **ORDER COORDINATING RELATED CASES FOR CLAIM CONSTRUCTION** |

The Court intends to consolidate all of the *MyMedicalRecords* actions pending before this Court for claim-construction purposes only. This Order applies to, and shall be filed in, all of the cases listed below (the "*My Medical Records* Cases"), which were filed by Plaintiff MyMedicalRecords and include claims for infringement of United States patents 8,301,466 and 8,498,883.

## I. Relation and Coordination of Cases

The *MyMedicalRecords* Cases are deemed related within the meaning of General Order 08-05 section 5 and Local Rule 83-1.3 because they will call for determination of the same and substantially similar questions of law or fact, will entail substantial duplication of labor if heard by different judges, and involve the same patents. The *MyMedicalRecords* Cases are coordinated for claim-construction purposes under Federal Rule of Civil Procedure 42.

This Order does not constitute a determination that these actions should be consolidated for trial, nor does it have the effect of making any entity a party to an action in which it has not been joined and served in accordance with the Federal Rules of Civil Procedure. The Court will only join Defendants for trial if such consolidation will facilitate the just, speedy, and inexpensive disposition of the actions and the criteria of 35 U.S.C. § 299 are met. A further case-management conference will be held after the Court issues its *Markman* order to re-evaluate these dates as necessary.

### A. The '466 Patent

MyMedicalRecords has asserted the '466 Patent in all of the related cases. Because all actions will necessarily require construction of the asserted claims of the '466 Patent, the Court will issue one claim-construction scheduling order to govern all of the cases.

Unfortunately, the related actions are all at various stages of progression. Defendant Walgreens has already noticed its *Markman* hearing, while Defendant WebMD's scheduling conference is not until early 2014. In the interest of judicial efficiency, the Court sets a scheduling conference for **January 13, 2014 at 1:30 p.m.** to coordinate the *Markman* hearings. The Court orders MyMedicalRecords and all Defendants who have answered in these actions to appear at the *Markman* scheduling conference.

The parties shall be prepared at the January 13, 2014 scheduling conference to propose acceptable dates and discuss case-management options to streamline *Markman*. To facilitate this discussion, the parties shall collaborate in preparation for the scheduling conference. The Court will address amending the scheduling orders already issued to comport with the new *Markman* dates at a later time.

### B. The '883 Patent

MyMedicalRecords has also asserted the '883 Patent against Defendants Allscripts and WebMD. The Court will also issue one claim-construction scheduling order to govern the construction of the claims of the '883 Patent. WebMD and

/ / /

Allscripts shall collaborate and be prepared to propose dates and discuss streamlining *Markman*.

## II. Service of This Order

MyMedicalRecords is **ORDERED** to immediately serve a copy of this order on all Defendants who have not yet filed appearances in the cases (and who therefore have not received a copy through the CM/ECF system).

## III. List of MyMedicalRecords Cases

1. 13-cv-00631-ODW-SH *MyMedicalRecords v. Walgreen Co.*
2. 13-cv-02538-ODW-SH *MyMedicalRecords v. Quest Diagnostics., Inc.*
3. 13-cv-03560-ODW-SH *MyMedicalRecords v. Jardogs, LLC*
4. 13-cv-07285-ODW-SH *MyMedicalRecords v. WebMD Health Corp et al.*

**IT IS SO ORDERED.**

December 9, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

3