SHEARMAN & STERLING LLP
Scott W. Doyle (*pro hac vice*)
Jonathan R. DeFosse (*pro hac vice*)
Michel E. Souaya (*pro hac vice*)
801 Pennsylvania Ave., N.W., Suite 900
Washington, DC 20004
Telephone: (202) 508-8000
Fax: (202) 508-8100
scott.doyle@shearman.com
jonathan.defosse@shearman.com
michel.souaya@shearman.com

Seong H. Kim (CA Bar No. 166604)
Email: skim@steptoe.com
STEPTOE & JOHNSON, LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone: (310) 734-3232
Facsimile: (310) 734-3231

*Attorneys for Defendants WebMD Health Corp. and WebMD Health Services Group, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MYMEDICALRECORDS, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>WEBMD HEALTH CORP., a Delaware corporation; and WEBMD HEALTH SERVICES GROUP, INC., a Delaware corporation,<br><br>Defendants. | Civil Action No. CV13-cv-07285-ODW (SHx)<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**<br><br>Date: January 5, 2015<br>Time: 1:30 p.m.<br>Location: Courtroom 11<br>Judge: Hon Otis D. Wright II |


TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Monday Januart 5, 2014 at 1:30 P.M., or as soon thereafter as would be convenient for the Court and the parties, before the Honorable Otis D. Wright II, U.S. District Court, Central District of California, Western Division in Courtroom 11, 312 North Spring Street, Los Angeles, California 90012-4701 Defendants WedMD Health Corp. and WedMD Health Services Group, Inc. (collectively "WebMD"), will move for an order granting summary judgment on all of Plaintiff MyMedicalRecords, Inc. ("MMR") claims for relief, pursuant to Federal Rule of Civil Procedure 56 and C.D. California Local Rule 56-1 and 56-3.

This motion is made on the on the grounds that: WebMD's Health Record, WebMD.com, WebMD Private Portal Applications, WebMD Data Integration and WebMD Integration Services (collectively "the Accused Instrumentalities") do not infringe claims 8-12 of U.S. Patent No. 8,301,466 ("the '466 patent") or claims 1-3 of U.S. Patent No. 8,498,883 ("the '883 patent") (collectively, "the Asserted Claims") (collectively, the "Asserted Claims"); and (2) WebMD does not directly infringe any methods of the Asserted Claims.

This motion is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, the Statement of Uncontroverted Facts and Conclusions of Law, the Declaration of Michel E. Souaya, the Declaration of Christopher Brooks, the [Proposed] Judgment, the Application for an Order to File Under Seal, the pleadings and papers on file in this action and upon any evidence presented at the hearing on this motion.

This motion is made following a conference of counsel pursuant to L.R. 7-3 which took place on November 10, 2014.

Dated: November 17, 2014     SHEARMAN & STERLING LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: _____

SHEARMAN & STERLING LLP
Scott W. Doyle (*pro hac vice*)
Jonathan R. DeFosse (*pro hac vice*)
Michel E. Souaya (*pro hac vice*)
801 Pennsylvania Ave., N.W., Suite 900
Washington, DC 20004
Telephone: (202) 508-8000
Fax: (202) 508-8100
sdoyle@shearman.com
jdefosse@shearman.com

*Attorneys for Defendant WebMD Health Group*

DEFENDANT WEBMD'S NOTICE OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT