# United States District Court
# Central District of California

| | |
|---|---|
| MYMEDICALRECORDS, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> WALGREEN CO., <br><br>          Defendant. | Case No. 2:13-cv-00631-ODW(SHx) <br><br> **ORDER COORDINATING RELATED CASES FOR INVALIDITY ONLY** |
| MYMEDICALRECORDS, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> QUEST DIAGNOSTICS, INC., <br><br>          Defendant. | Case No. 2:13-cv-02538-ODW(SHx) |
| MYMEDICALRECORDS, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> JARDOGS, LLC; ALLSCRIPTS HEALTHCARE SOLUTIONS, INC., <br><br>          Defendants. | Case No. 2:13-cv-03560-ODW(SHx) |

| | |
|---|---|
| MYMEDICALRECORDS, INC., | Case No. 2:13-cv-07285-ODW(SHx) * |
| Plaintiff/Counter-Defendant, | |
| v. | |
| WEBMD HEALTH CORP; WEBMD HEALTH SERVICES GROUP INC, | |
| Defendants/Counterclaimants. | |

To avoid further confusion, the Court intends to consolidate all of the *MyMedicalRecords* actions before this Court **for invalidity purposes only**. For all filings related to invalidity of U.S. Patent Nos. 8,301,466 and 8,498,883, the parties will file documents in the lead case *MyMedicalRecords v. Walgreens Co.*, 13-cv-00631-ODW-SH. This Order applies to and shall be filed in the following cases:

1. 13-cv-02538-ODW-SH *MyMedicalRecords v. Quest Diagnostics., Inc.*
2. 13-cv-03560-ODW-SH *MyMedicalRecords v. Jardogs, LLC*
3. 13-cv-07285-ODW-SH *MyMedicalRecords v. WebMD Health Corp et al.*

All documents related to invalidity will include the lead case in the caption, followed by the remaining related cases listed above.

With respect to infringement and any subsequent filings, Defendants in each of the above named actions will file documents to their specific dockets. If Defendants choose to create a joint brief, the brief must still be filed in each individual case, with the corresponding case number as the first case listed in the caption. The dockets for all the related cases are currently correct and the parties do not need to act further to remedy any filings from November 17, 2014.

**IT IS SO ORDERED.**

November 18, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**