SHEARMAN & STERLING LLP
Scott W. Doyle (*pro hac vice*)
Jonathan R. DeFosse (*pro hac vice*)
Michel E. Souaya (*pro hac vice*)
801 Pennsylvania Ave., N.W., Suite 900
Washington, DC 20004
Telephone: (202) 508-8000
Fax: (202) 508-8100
scott.doyle@shearman.com
jonathan.defosse@shearman.com
michel.souaya@shearman.com

Seong H. Kim (CA Bar No. 166604)
Email: skim@steptoe.com
STEPTOE & JOHNSON, LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
Telephone: (310) 734-3232
Facsimile: (310) 734-3231

*Attorneys for Defendants WebMD Health Corp. and WebMD Health Services Group, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MYMEDICALRECORDS, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>WEBMD HEALTH CORP., a Delaware corporation; and WEBMD HEALTH SERVICES GROUP, INC., a Delaware corporation,<br><br>Defendants. | Civil Action No. CV13-cv-07285-ODW (SHx)<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL THE WEBMD'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT [59]<br><br>Date: January 5, 2014<br>Time: 1:30 p.m.<br>Location: Courtroom 11<br>Judge: Hon Otis D. Wright II |

**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL WEBMD'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

# [PROPOSED] ORDER

This Court, having considered the Application of Defendants WebMD Health Corp. and WebMD Health Services Group, Inc. (collectively "WebMD") for an Order to File Under Seal their Motion for Summary Judgment of Non-Infringement, HEREBY ORDERS THAT

The following documents shall be filed under seal:

- Memorandum of Points and Authorities in Support of WebMD Health Corp. and WebMD Health Service Group, Inc.'s Motion for Summary Judgment of Non-Infringement
- WebMD's Statement of Uncontroverted Facts and Conclusions of Law
- Declaration of Christopher Brooks in Support of Defendants' Motion for Summary Judgment of Non-Infringement
- Exhibit 5 to the Souaya Decl.
- Exhibit 12 to the Souaya Decl.
- Exhibit 13 to the Souaya Decl.

**IT IS SO ORDERED.**

DATED: November 25, 2014

_____
Hon. Otis D. Wright II
United States District Court Judge

1

**[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL WEBMD'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**